**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **JENNIFER STRUB** ) | |
|     **PLAINTIFF,** ) | |
| ) | |
| **VS.** ) | **CIVIL ACTION NO. 08-1103** |
| ) | |
| ) | |
| **NORTHSTAR LOCATION SERVICES, LLC** ) | **DEFENDANT.** |
| ) | |

# STIPULATION FOR DISMISSAL

It is hereby stipulated by and between plaintiff, Jennfier Strub, and defendant, Northstar Location Services, LLC, that all claims and causes of action against Northstar Location Services, LLC, as set forth in Plaintiff's Complaint shall be dismissed with prejudice to plaintiff.  The parties shall bear their own court costs.

Respectfully submitted,

**THE SWANEY LAW FIRM**

/s/ Robert T. Healey
Robert T. Healey
EDMO # 3356; Missouri Bar #34138
Attorney at Law
3460 Hampton, Suite 205
St. Louis, MO 63139
rhealey@swaneylawfirm.com
telephone: (314) 481-7778
fax:  (314) 481-8479